FILED
2018 Mar-21  PM 02:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| SOUTHERN INSURANCE COMPANY OF VIRGINIA,<br>    Plaintiffs,<br><br>v.<br><br>CLARENCE W. BILLY SHARP, III d/b/a Cornerstone Homes; CORNERSTONE HOMES, LLC; JOHN CAMPBELL; and MAY ELLEN CAMPBELL,<br>    Defendants. | CIVIL ACTION NO.:<br>4:17-CV-2029  KOB |

## ORDER OF DISMISSAL

The court, having been advised that a settlement has been reached, dismisses this case without prejudice to reinstatement if any party represents to the court on or before Monday, May 21, 2018 that final settlement documentation could not be completed.

DONE and ORDERED this 21st day of March, 2018.



_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE