FILED
 2018 May-01  AM 07:56
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION**

| | |
|---|---|
| **SOUTHERN INSURANCE** ] <br> **COMPANY OF VIRGINIA,** ] <br> ] <br>    **Plaintiff,** ] <br> ] <br> **VS.** ] <br> ] <br> **CLARENCE W. BILLY SHARP,** ] <br> **III, d/b/a Cornerstone Homes, et al.** ] <br> ] <br>    **Defendants.** ] | **CIVIL ACTION NO.** <br> **4:17-CV-2029 KOB** |

**O R D E R**

Before the court is the plaintiff's "Motion to Dismiss." (Doc. 20). Upon consideration thereof, the court ORDERS that this case be, and the same hereby is, DISMISSED, in its entirety, WITH PREJUDICE, costs taxed as paid.

**DONE** and **ORDERED** this 1st day of May, 2018.

_Karon O. Bowdre_
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE